IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEROMY HENDERSON**                                                                    **PLAINTIFF**

V.                           CASE NO. 4:18-CV-707-BSM-BD

**PULASKI COUNTY REGIONAL
DETENTION FACILITY,** *et al*.                                                          **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Henderson may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Chief Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Henderson may waive any right to appeal questions of fact.

**II.     Discussion:**

Tariq Mahdi filed this lawsuit on behalf of himself, Antonio Sanders, and Jeremy Henderson. (Docket entry #1) In accordance with court policy, the complaint was filed as three separate lawsuits. On September 26, 2018, the Court ordered Mr. Henderson, who was an inmate at the Pulaski County Regional Detention Facility, to submit a completed application to proceed *in forma pauperis* ("IFP") or pay the filing fee within 30 days. (#2)

To date, Mr. Henderson has failed to respond to the Court's September 26, 2018 Order. The Court specifically cautioned Mr. Henderson that his claims could be dismissed if he failed to address the filing fee requirement.

### III.   Conclusion:

The Court recommends that Mr. Henderson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 26, 2018 Order requiring him to address the filing fee requirement.

IT IS SO ORDERED, this 31st day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE