IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEROMY HENDERSON                                                                                PLAINTIFF

v.                                      NO. 4:18-CV-707-BSM-BD

PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.                                                                  DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Beth Deere [Doc. No. 3] have been reviewed. The proposed findings and recommendations did not reach Jeromy Henderson because he failed to promptly notify the clerk of any change in address as required. *See* Local Rule 5.5(c)(2). Therefore, after careful review of the record, the proposed findings and recommendations are adopted in their entirety, and Jeromy Henderson's complaint [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 21st day of November 2018.

_____
UNITED STATES DISTRICT JUDGE